JS-6

VARAND VARTANIAN, Bar No. 265912
vvartanian@deconsel.com
JODI SIEGNER, Bar No. 102884
jsiegner@deconsel.com
DeCARLO & SHANLEY
A Professional Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone:  213/488-4100
Telecopier: 213/488-4180

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>           Plaintiffs,<br><br>v.<br><br>DALABY ENTERPRISES, INC., a California corporation; MARK STEVEN WATERS, an individual; REPUBLIC SURETY COMPANY, a Wisconsin Company, qualified to do business in California; and DOES 1 through 10, inclusive,<br><br>           Defendants. | CASE NO. CV 13-4350 BRO(AGx)<br><br>JUDGMENT<br><br><br>Before the Honorable<br>    Beverly Reid O'Connell |

It appearing that Defendant, DALABY ENTERPRISES, INC., a California corporation, ("DEFENDANT") having been regularly served with process, having failed to plead or otherwise defend this action and its default having been entered; on application of the CARPENTERS SOUTHWEST ADMINISTRATIVE

CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

  <u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST DALABY ENTERPRISES, INC., a California corporation</u>:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $10,394.80 |
| 2. | Liquidated damages based on original contributions | 1,402.28 |
| 3. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to November 18, 2013 (accruing at $2.26 per day) | 774.28 |
| 4. | Attorneys' fees pursuant to Local Rule 55-3 | 1,307.82 |
| **GRAND TOTAL** | | **$13,879.18** |
| 5. | Plus costs to be determined after entry of judgment. | |
| 6. | The judgment shall accrue interest pursuant to 28 U.S.C. §1961(a). | |

////

////

////

////

2

AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' THIRD CLAIM FOR RELIEF AGAINST DALABY ENTERPRISES, INC., a California corporation:

1. For issuance of a permanent injunction restraining and enjoining DEFENDANT for so long as it remains bound to make any payments or contributions to the PLANS, from failing to deliver or cause to be delivered to CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, the following:

    a. A complete, truthful and accurate Employers Monthly Report to Trustees covering all employees of DEFENDANT, employed during the previous month under the AGREEMENT,

    b. A declaration from a responsible employee of DEFENDANT, attesting from his or her personal knowledge under penalties of perjury to the completeness, truthfulness and accuracy for DEFENDANT's Monthly Report; and

    c. Checks for the full amount shown as owing to each Trust on DEFENDANT's Monthly Report, payable as designated on the Monthly Report.

AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FOURTH CLAIM FOR RELIEF AGAINST DALABY ENTERPRISES, INC., a California corporation:

DALABY ENTERPRISES, INC. is **ORDERED** to produce the following records regarding their operations from April 4, 2011 through the final judgment to Plaintiffs within twenty (20) calendar days of the service of the final judgment:

    a. all job cost records, general check register and check stubs, bank statements, and canceled checks, general ledgers, worker compensation insurance reports, financial statements, cash disbursement legers, corporate income tax returns, employee time cards, payroll journals, individual earning

1  records of all employees, forms W-2, 1099 and 1096 remitted to the U.S.
2  Government, California quarterly state returns (DE-3's), health and welfare
3  and pension report for all other trades, cash receipts' journal, copies of all
4  contracts, and all material invoices.

DATED: January 23, 2014  _____
THE HONORABLE
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE

4